UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  22-07215 |
| Anita Leflore | ) | |
| | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER EXTENDING TIME TO FILE OUTSTANDING
## SCHEDULES AND OTHER DOCUMENTS

THIS MATTER COMING TO BE HEARD on the Debtor's Motion to Extend Time to file Remaining Schedules and other documents, the Court being fully advised in the premesis, IT IS HEREBY ORDERED that the Debtor is granted until July 27, 2022 to file the remaining Schedules and other documents.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  July 21, 2022

**Prepared by:**

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600